UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ION BAROI, et al.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., AND MARCUS MANAGEMENT LAS VEGAS, LLC,<br><br>　　　　　Defendants. | 2:09-CV-00671-PMP-GWF<br><br>**<u>ORDER</u>** |

　　　　Having considered the arguments presented at the hearing conducted June 28, 2010, regarding Defendants' fully briefed Motion to Dismiss Claims set forth in Plaintiff's Consolidated Amended Complaint (Doc. #68) and good cause appearing,

　　　　**IT IS ORDERED that** Defendants' Motion is **GRANTED** to the limited extent that Plaintiff's claim for declaratory judgment against Defendant Platinum Condominium Development, LLC, (Count I) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED that** Defendants' Motion to Dismiss (Doc. #68) is **DENIED** in all other respects.

DATED:  July 2, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　United States District Judge