UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ION BAROI, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., AND MARCUS MANAGEMENT LAS VEGAS, LLC,<br><br>        Defendants. | 2:09-CV-00671-PMP-GWF<br><br>**ORDER** |

    The Court having read and considered Defendants' Motion to Dismiss Claims 14 through 17 of Plaintiffs' Third Amended Complaint (Doc. #99), filed on December 2, 2010, Plaintiffs' Opposition thereto (Doc. #104) filed January 3, 2011, and Defendants' Reply (Doc. #107) filed January 27, 2011, and good cause of appearing,

    **IT IS ORDERED that** Defendants' Motion to Dismiss Claims 14 through 17 of Plaintiffs' Third Amended Complaint (Doc. #99) is **DENIED**.

DATED: February 14, 2011.

                                                PHILIP M. PRO<br>
                                                United States District Judge