1   Don Springmeyer, Nevada Bar No. 1021
    Wolf Rifkin Shapiro Schulman & Rabkin, LLP
2   3556 East Russell Road
    Second Floor
3   Las Vegas, NV  89120
    Phone:  (702) 341-5200
4   Fax:  (702) 341-5300
    dspringmeyer@wrslawyers.com
5

6   *[Additional Counsel on Signature Page]*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
    ION BAROI, et al.,                        Case No.: 2:09-CV-00671-PMP-GWF
11
              Plaintiffs,                           THIS DOCUMENT APPLIES TO:
12                                                    ALL RELATED ACTIONS
    vs.
13                                             **PLAINTIFFS STEPHEN AND CATHEY**
    PLATINUM CONDOMINIUM                       **GOODMAN'S MOTION TO**
14  DEVELOPMENT, LLC,                          **SUBSTITUTE BANKRUPTCY TRUSTEE**
    MARCUS HOTELS, INC., AND                   **AS PARTY IN INTEREST AND**
15  MARCUS MANAGEMENT LAS                      **MEMORANDUM OF POINTS AND**
    VEGAS, LLC,                                **AUTHORITIES IN SUPPORT THEREOF**
16
17                  Defendants.

18

19        COME NOW two of the Plaintiffs, Stephen and Cathey Goodman, and move this

20  Honorable Court for entry of an Order substituting the trustee in their Chapter 7 bankruptcy

21  proceeding in the United States Bankruptcy Court for the District of Arizona, No. 2-09-bk-21580-

22  SSC, S. William Manera, as a plaintiff in this proceeding, as any proceeds realized in this

23  proceeding will inure to the benefit of the Goodmans' bankruptcy estate.  Mr. Manera has retained

24  Plaintiffs' counsel listed below to represent the interest of the Goodman bankruptcy estate in this

25  proceeding.

26

27  ///

28

1    WHEREFORE, premises considered, Stephen and Cathey Goodman pray this Honorable

2   Court will enter an Order substituting the trustee, S. William Manera, as a plaintiff in this matter.

3   Stephen and Cathey Goodman seek such other further and different relief that the Court deems

4   appropriate, premises considered.  Oral argument is not requested.

5

6                    **MEMORANDUM OF POINTS AND AUTHORITIES**

7         Stephen and Cathey Goodman filed a Chapter 7 bankruptcy proceeding in the United

8   States Bankruptcy Court for the District of Arizona, No. 2-09-bk-21580-SSC.  S. William Manera

9   is the trustee in bankruptcy.  Mr. Manera has retained the undersigned as counsel to represent the

10  bankruptcy estate's interest in this action, with approval of the United States Bankruptcy Court for

11  the District of Arizona by Order dated September 2, 2011.

12        "The interests of the debtor [in bankruptcy] in property include causes of action."  *In re*

13  *Van Dresser Corp*., 128 F.3d 945, 948 (6th Cir. 1997).  The trustee becomes the representative of

14  the estate, 11 U.S.C. § 323(a), responsible for "collect[ing] and reduc[ing] to money the property

15  of the estate," 11 U.S.C. § 704(a)(1).  The trustee has the capacity to sue.  11 U.S.C. § 323(b).  A

16  debtor in a Chapter 7 bankruptcy imparts upon the trustee the exclusive right to assert the debtor's

17  claims, *Van Dresser*, 128 F.3d at 948, thereby rendering the trustee the only real party in interest

18  under Fed. R. Civ. P. 17(a) if the trustee elects to pursue the claim.  *Maerki v. Wilson*, No. 93-

19  3857, 1995 WL 242004, at * 2 (6th Cir. Apr. 25, 1995); *In re Bard*, 49 F. App'x 528, 529 (6th

20  Cir. 2002).

21        WHEREFORE, premises considered, Stephen and Cathey Goodman pray this Honorable

22  Court will enter an Order substituting the trustee, S. William Manera, as a plaintiff in this matter.

23  Stephen and Cathey Goodman seek such other further and different relief that the Court deems

24  appropriate, premises considered.

25

26

27

28

2.

1   RESPECTFULLY SUBMITTED this 4th day of November, 2011.

2                                                    /s/ Don Springmeyer

3                                                    _____
                                                     Don Springmeyer, Nevada Bar No. 1021
4                                                    Wolf Rifkin Shapiro Schulman & Rabkin, LLP
                                                     3556 East Russell Road
5                                                    Second Floor
                                                     Las Vegas, NV  89120
6                                                    Phone:  (702) 341-5200
                                                     Fax:  (702) 341-5300
7                                                    dspringmeyer@wrslawyers.com

8
                                                     Jonathan H. Waller, Nevada Bar No. 5538
9                                                    Kirk D. Smith, *pro hac vice*
                                                     Haskell Slaughter Young & Rediker, LLC
10                                                   2001 Park Place North
                                                     1400 Park Place Tower
11                                                   Birmingham, AL  35203
                                                     Phone:  (205) 251-1000
12                                                   Fax:  (205) 324-1133
                                                     jhw@hsy.com
13

14                                                   Peter McNulty
                                                     McNulty Law Firm
15                                                   827 Moraga Drive
                                                     Bel Air, CA 90049
16                                                   Phone:  (818) 223-9292
                                                     peter@mcnultylaw.com
17

18                                                   Attorneys for Plaintiffs

19

20
    IT IS SO ORDERED.
21
    _____
22   PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

23
    Dated: November 28, 2011.
24

25

26

27

28

                                                     3.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and

that I served a true and correct copy of the foregoing on this 4th day of November, 2011 via the

Court's ECF system, which will serve notice of the above, upon the following:


ANDREW P. GORDON (NSBN 3421)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Suite 1000
Las Vegas, NV 89102
Phone: (702) 873-4100
Fax: (702) 873-9966
agordon@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

NANCY J. SENNETT (admitted *pro hac vice*)
DAVID M. LUCEY (admitted *pro hac vice*)
BRIAN P. KEENAN (admitted *pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: (414) 271-2400
Fax: (414) 297-4900
nsennett@foley.com
dlucey@foley.com
bkeenan@foley.com
*Attorneys for Defendants*

/s/ Michael J. Hannon
An employee of Wolf Rifkin Shapiro Schulman &
Rabkin, LLP

4.