1
2
3
4
5

Don Springmeyer, Nevada Bar No. 1021
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road
Second Floor
Las Vegas, NV  89120
Phone:  (702) 341-5200
Fax:  (702) 341-5300
dspringmeyer@wrslawyers.com

6

*[Additional Counsel on Signature Page]*

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

12

13

14

15

16

17

| | |
|---|---|
| ION BAROI, et al., | Case No.: 2:09-CV-00671-PMP-GWF |
| Plaintiffs, | THIS DOCUMENT APPLIES TO: ALL RELATED ACTIONS |
| vs. | **PLAINTIFFS STEPHEN AND CATHEY GOODMAN'S MOTION TO SUBSTITUTE BANKRUPTCY TRUSTEE AS PARTY IN INTEREST AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., AND MARCUS MANAGEMENT LAS VEGAS, LLC, | |
| Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

COME NOW two of the Plaintiffs, Stephen and Cathey Goodman, and move this Honorable Court for entry of an Order substituting the trustee in their Chapter 7 bankruptcy proceeding in the United States Bankruptcy Court for the District of Arizona, No. 2-09-bk-21580-SSC, S. William Manera, as a plaintiff in this proceeding, as any proceeds realized in this proceeding will inure to the benefit of the Goodmans' bankruptcy estate.  Mr. Manera has retained Plaintiffs' counsel listed below to represent the interest of the Goodman bankruptcy estate in this proceeding.

/ / /

WHEREFORE, premises considered, Stephen and Cathey Goodman pray this Honorable Court will enter an Order substituting the trustee, S. William Manera, as a plaintiff in this matter. Stephen and Cathey Goodman seek such other further and different relief that the Court deems appropriate, premises considered.  Oral argument is not requested.

## MEMORANDUM OF POINTS AND AUTHORITIES

Stephen and Cathey Goodman filed a Chapter 7 bankruptcy proceeding in the United States Bankruptcy Court for the District of Arizona, No. 2-09-bk-21580-SSC.  S. William Manera is the trustee in bankruptcy.  Mr. Manera has retained the undersigned as counsel to represent the bankruptcy estate's interest in this action, with approval of the United States Bankruptcy Court for the District of Arizona by Order dated September 2, 2011.

"The interests of the debtor [in bankruptcy] in property include causes of action."  *In re Van Dresser Corp.*, 128 F.3d 945, 948 (6th Cir. 1997).  The trustee becomes the representative of the estate, 11 U.S.C. § 323(a), responsible for "collect[ing] and reduc[ing] to money the property of the estate," 11 U.S.C. § 704(a)(1).  The trustee has the capacity to sue.  11 U.S.C. § 323(b).  A debtor in a Chapter 7 bankruptcy imparts upon the trustee the exclusive right to assert the debtor's claims, *Van Dresser*, 128 F.3d at 948, thereby rendering the trustee the only real party in interest under Fed. R. Civ. P. 17(a) if the trustee elects to pursue the claim.  *Maerki v. Wilson*, No. 93-3857, 1995 WL 242004, at * 2 (6th Cir. Apr. 25, 1995); *In re Bard*, 49 F. App'x 528, 529 (6th Cir. 2002).

WHEREFORE, premises considered, Stephen and Cathey Goodman pray this Honorable Court will enter an Order substituting the trustee, S. William Manera, as a plaintiff in this matter. Stephen and Cathey Goodman seek such other further and different relief that the Court deems appropriate, premises considered.

1   RESPECTFULLY SUBMITTED this 4th day of November, 2011.

2                                        /s/ Don Springmeyer

3                                        _____
                                         Don Springmeyer, Nevada Bar No. 1021
4                                        Wolf Rifkin Shapiro Schulman & Rabkin, LLP
                                         3556 East Russell Road
5                                        Second Floor
                                         Las Vegas, NV  89120
6                                        Phone:  (702) 341-5200
                                         Fax:  (702) 341-5300
7                                        dspringmeyer@wrslawyers.com

8                                        Jonathan H. Waller, Nevada Bar No. 5538
9                                        Kirk D. Smith, *pro hac vice*
                                         Haskell Slaughter Young & Rediker, LLC
10                                       2001 Park Place North
                                         1400 Park Place Tower
11                                       Birmingham, AL  35203
                                         Phone:  (205) 251-1000
12                                       Fax:  (205) 324-1133
                                         jhw@hsy.com
13

14                                       Peter McNulty
15                                       McNulty Law Firm
                                         827 Moraga Drive
16                                       Bel Air, CA 90049
                                         Phone:  (818) 223-9292
17                                       peter@mcnultylaw.com

18                                       Attorneys for Plaintiffs

19

20   IT IS SO ORDERED

21   _____

22   PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

23   Dated: November 28, 2011.

24

25

26

27

28

                                         3.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and

that I served a true and correct copy of the foregoing on this 4th day of November, 2011 via the

Court's ECF system, which will serve notice of the above, upon the following:

ANDREW P. GORDON (NSBN 3421)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Suite 1000
Las Vegas, NV 89102
Phone: (702) 873-4100
Fax: (702) 873-9966
agordon@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

NANCY J. SENNETT (admitted *pro hac vice*)
DAVID M. LUCEY (admitted *pro hac vice*)
BRIAN P. KEENAN (admitted *pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: (414) 271-2400
Fax: (414) 297-4900
nsennett@foley.com
dlucey@foley.com
bkeenan@foley.com
*Attorneys for Defendants*

/s/ Michael J. Hannon
An employee of Wolf Rifkin Shapiro Schulman &
Rabkin, LLP

4.