1   ANDREW P. GORDON (NSBN 3421)                DON SPRINGMEYER (NSBN 1021)
    KRISTEN T. GALLAGHER (NSBN 9561)            WOLF, RIFKIN, SHAPIRO, SCHULMAN
2   McDONALD CARANO WILSON LLP                  & RABKIN, LLP
    2300 W. Sahara Ave., Suite 1000             3556 East Russell Road, Second Floor
3   Telephone: 702.873.4100                     Las Vegas, NV 89120
    Facsimile: 702.873.9966                     Phone: (702) 341-5200
4   Las Vegas, NV 89102                         dspringmeyer@wrslawyers.com
    agordon@mcdonaldcarano.com
5   kgallagher@mcdonaldcarano.com               JONATHAN H. WALLER (NSBN 5538)
                                                HASKELL SLAUGHTER YOUNG &
6   NANCY J. SENNETT (admitted *pro hac vice*)  REDIKER, LLC
7   DAVID M. LUCEY (admitted *pro hac vice*)    1400 Park Place Tower
    BRIAN P. KEENAN (admitted *pro hac vice*)   2001 Park Place North
8   FOLEY & LARDNER LLP                         Birmingham, Alabama 35203
    777 East Wisconsin Avenue
9   Milwaukee, WI 53202-5306                    PETER McNULTY
10  bcothroll@foley.com                         McNULTY LAW FIRM
    nsennett@foley.com                          827 Moraga Drive
11  *Attorneys for Defendants*                  Bel Aire, California 90049
                                                Phone: (818) 223-9292
12                                              *Attorneys for Plaintiffs*

13

14              **IN THE UNITED STATES DISTRICT COURT**

15                 **FOR THE DISTRICT OF NEVADA**

16  ION BAROI, CRAIG WASSERMAN, and       Case No.:  2:09-cv-00671-PMP-GWF
    MARK SCHECHTER et al.,
17                                         This Document Relates to:  All Actions
                        Plaintiffs,
18  vs.                                    **STIPULATION AND ORDER TO
                                           EXTEND BRIEFING DEADLINES FOR**
19  PLATINUM CONDOMINIUM                   **CERTAIN MOTIONS (First Request)**
    DEVELOPMENT, LLC, MARCUS HOTELS,
20  INC., and MARCUS MANAGEMENT LAS
    VEGAS, LLC,
21
                        Defendants.
22

23
            Pursuant to LR 7-1, the parties hereby stipulate and agree to extend the time to respond
24
    to the following motions:
25
    1.      The deadline for Plaintiffs' reply brief in support of their Motion for Partial Summary
26
    Judgment ("Motion #1") (Dkt. #136) was previously extended to January 9, 2012, and will
27
    remain the same.
28
                                     Page 1 of 4

2.    The deadline for Plaintiffs' response brief to Defendants' Counter-Motion for Partial Summary Judgment (Motion #2) (Dkt. #160) should be extended from December 31, 2011 to **January 9, 2012**.

3.    The deadline for Defendants' response brief to Plaintiffs' Motion for Partial Summary Judgment Regarding Count One of Complaint (Breach of Contract) (Motion #3) (Dkt. #161) should be extended from January 2, 2012 to **January 16, 2012**.

4.    The deadline for Defendants' reply brief in support of Motion #2 should be extended to **January 23, 2012**.

5.    The deadline for Plaintiffs' reply brief in support of Motion #3 should be extended to **January 31, 2012**.

    The parties request these extensions because of the time commitment required to

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1   adequately address the issues contained in the motions.  No party will be prejudiced by these

2   extensions.

3   RESPECTFULLY SUBMITTED.

4   DATED this 30th day of December, 2011.          DATED this 30th day of December, 2011.

5
        / s/ Don Springmeyer                              / s/ Brian P. Keenan
6   Don Springmeyer                                Nancy J. Sennett
    Wolf Rifkin Shapiro Schulman & Rabkin,         Brian P. Keenan
7   LLP                                            Foley & Lardner LLP
    3556 East Russell Road                         777 East Wisconsin Avenue
8   Second Floor                                   Milwaukee, WI  53202-5306
9   Las Vegas, NV  89120                           Phone:  (414) 271-2400
    Phone:  (702) 341-5200                         Fax:  (414) 297-4900
10  Fax:  (702) 341-5300                           bcothroll@foley.com
    dspringmeyer@wrslawyers.com                    nsennett@foley.com
11                                                 (admitted pro hac vice)

12  *Counsel for Plaintiffs*

13                                                 *Counsel for Defendants*

14                                **ORDER**

15  IT IS SO ORDERED:

16

17  _____
    PHILIP M. PRO, U.S. DISTRICT JUDGE

18  DATED:_ January 3, 2012          _____

19  Respectfully submitted by:

20  WOLF RIFKIN SHAPIRO SCHULMAN

21  & RABKIN, LLP

22   /s/ Don Springmeyer          _____

23
    Wolf Rifkin Shapiro Schulman & Rabkin, LLP
24  3556 East Russell Road, Second Floor
    Las Vegas, NV  89120
25  Phone:  (702) 341-5200
    Fax:  (702) 341-5300
26  dspringmeyer@wrslawyers.com
    *Counsel for Plaintiffs*
27

28
                              Page 3 of 4

1

### CERTIFICATE OF SERVICE

2

I hereby certify that I am an employee of Wolf Rifkin Shapiro Schulman & Rabkin,

3

LLP, and that I served a true and correct copy of the foregoing **STIPULATION AND**

4

**ORDER TO EXTEND BRIEFING DEADLINES FOR CERTAIN MOTIONS (First**

5

**Request),** on this 30th day of December, 2011 via the Court's ECF system, which will serve

6

notice of the above, upon the following:

7

ANDREW P. GORDON (NSBN 3421)

8

KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP

9

2300 W. Sahara Ave., Suite 1000
Telephone: 702.873.4100

10

Facsimile: 702.873.9966
Las Vegas, NV 89102

11

agordon@mcdonaldcarano.com

12

kgallagher@mcdonaldcarano.com

13

NANCY J. SENNETT (admitted *pro hac vice*)

14

DAVID M. LUCEY (admitted *pro hac vice*)
BRIAN P. KEENAN (admitted *pro hac vice*)

15

FOLEY & LARDNER LLP
777 East Wisconsin Avenue

16

Milwaukee, WI 53202-5306
bcothroll@foley.com

17

nsennett@foley.com

18

*Attorneys for Defendants*

19

20

     /s/ Michael J. Hannon
An employee of Wolf Rifkin Shapiro Schulman &

21

Rabkin, LLP

22

23

24

25

26

27

28