ANDREW P. GORDON (NSBN 3421)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Suite 1000
Telephone: 702.873.4100
Facsimile: 702.873.9966
Las Vegas, NV 89102
agordon@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

NANCY J. SENNETT (admitted *pro hac vice*)
DAVID M. LUCEY (admitted *pro hac vice*)
BRIAN P. KEENAN (admitted *pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
bcothroll@foley.com
nsennett@foley.com
*Attorneys for Defendants*

DON SPRINGMEYER (NSBN 1021)
WOLF, RIFKIN, SHAPIRO, SCHULMAN
& RABKIN, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Phone: (702) 341-5200
dspringmeyer@wrslawyers.com

JONATHAN H. WALLER (NSBN 5538)
HASKELL SLAUGHTER YOUNG &
REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

PETER McNULTY
McNULTY LAW FIRM
827 Moraga Drive
Bel Aire, California 90049
Phone: (818) 223-9292
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ION BAROI, CRAIG WASSERMAN, and MARK SCHECHTER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., and MARCUS MANAGEMENT LAS VEGAS, LLC, <br><br> Defendants. | Case No.:  2:09-cv-00671-PMP-GWF <br><br> This Document Relates to:  All Actions <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR CERTAIN MOTIONS (First Request)** |

Pursuant to LR 7-1, the parties hereby stipulate and agree to extend the time to respond to the following motions:

1.      The deadline for Plaintiffs' reply brief in support of their Motion for Partial Summary Judgment ("Motion #1") (Dkt. #136) was previously extended to January 9, 2012, and will remain the same.

2.      The deadline for Plaintiffs' response brief to Defendants' Counter-Motion for Partial Summary Judgment (Motion #2) (Dkt. #160) should be extended from December 31, 2011 to **January 9, 2012**.

3.      The deadline for Defendants' response brief to Plaintiffs' Motion for Partial Summary Judgment Regarding Count One of Complaint (Breach of Contract) (Motion #3) (Dkt. #161) should be extended from January 2, 2012 to **January 16, 2012**.

4.      The deadline for Defendants' reply brief in support of Motion #2 should be extended to **January 23, 2012**.

5.      The deadline for Plaintiffs' reply brief in support of Motion #3 should be extended to **January 31, 2012**.

        The parties request these extensions because of the time commitment required to

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

adequately address the issues contained in the motions.  No party will be prejudiced by these extensions.

RESPECTFULLY SUBMITTED.

DATED this 30th day of December, 2011.          DATED this 30th day of December, 2011.

___/ s/ Don Springmeyer_____          ___/ s/ Brian P. Keenan_____
Don Springmeyer                                           Nancy J. Sennett
Wolf Rifkin Shapiro Schulman & Rabkin,      Brian P. Keenan
LLP                                                              Foley & Lardner LLP
3556 East Russell Road                                777 East Wisconsin Avenue
Second Floor                                               Milwaukee, WI  53202-5306
Las Vegas, NV  89120                                  Phone:  (414) 271-2400
Phone:  (702) 341-5200                                Fax:  (414) 297-4900
Fax:  (702) 341-5300                                   bcothroll@foley.com
dspringmeyer@wrslawyers.com                    nsennett@foley.com
                                                                  (admitted pro hac vice)

*Counsel for Plaintiffs*                                *Counsel for Defendants*


**ORDER**

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED:_ January 3, 2012          _____

Respectfully submitted by:

WOLF RIFKIN SHAPIRO SCHULMAN
& RABKIN, LLP

_/s/ Don Springmeyer_____

Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV  89120
Phone:  (702) 341-5200
Fax:  (702) 341-5300
dspringmeyer@wrslawyers.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Wolf Rifkin Shapiro Schulman & Rabkin, LLP, and that I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR CERTAIN MOTIONS (First Request),** on this 30th day of December, 2011 via the Court's ECF system, which will serve notice of the above, upon the following:

ANDREW P. GORDON (NSBN 3421)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Suite 1000
Telephone: 702.873.4100
Facsimile: 702.873.9966
Las Vegas, NV 89102
agordon@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

NANCY J. SENNETT (admitted *pro hac vice*)
DAVID M. LUCEY (admitted *pro hac vice*)
BRIAN P. KEENAN (admitted *pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
bcothroll@foley.com
nsennett@foley.com

*Attorneys for Defendants*

   /s/ Michael J. Hannon
An employee of Wolf Rifkin Shapiro Schulman & Rabkin, LLP