ANDREW P. GORDON (NSBN 3421)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Suite 1000
Telephone: 702.873.4100
Facsimile: 702.873.9966
Las Vegas, NV 89102
agordon@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

NANCY J. SENNETT (admitted *pro hac vice*)
DAVID M. LUCEY (admitted *pro hac vice*)
BRIAN P. KEENAN (admitted *pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
bcothroll@foley.com
nsennett@foley.com
*Attorneys for Defendants*

DON SPRINGMEYER (NSBN 1021)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Phone: (702) 341-5200

JONATHAN H. WALLER (NSBN 5538)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

PETER McNULTY
McNULTY LAW FIRM
827 Moraga Drive
Bel Aire, California 90049
Phone: (818) 223-9292
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ION BAROI, CRAIG WASSERMAN, and MARK SCHECHTER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., and MARCUS MANAGEMENT LAS VEGAS, LLC, <br><br> Defendants. | Case No.: 2:09-cv-00671-PMP-GWF <br><br> This Document Relates to: All Actions <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' MOTIONS: 1) MOTION FOR RECONSIDERATION OF RULING DISMISSING PLAINTIFFS' STATE SECURITIES CLAIMS BASED UPON STATUTE OF LIMITATIONS AND 2) MOTION TO CLARIFY AND FOR RECONSIDERATION GRANTING PARTIAL SUMMARY JUDGMENT TO CERTAIN PLAINTIFFS** <br><br> **(First Request)** |

Pursuant to LR 7-1, the parties hereby stipulate and agree that Defendants' time to respond to the Plaintiffs' Motion for Reconsideration of Ruling Dismissing Plaintiffs' State

4822-2127-7200.2

1  Securities Claims Based Upon Statute of Limitations (Dkt. # 238) and Motion to Clarify and
2  for Reconsideration Granting Partial Summary Judgment to Certain Plaintiffs (Dkt. #241)
3  ("Motions") shall be extended to August 31, 2012.  The parties request the extension because
4  the Defendants will be submitting a consolidated opposition to the Motions.  Given the similar
5  issues raised in the Motions, the Defendants believe it will be more efficient for the Defendants
6  to respond to them at the same time in one filing.  The Defendants have no objection to the
7  Plaintiffs submitting separate reply briefs on each motion should they choose to do so.
8  RESPECTFULLY SUBMITTED.

9  DATED this 17th day of August, 2012.                    DATED this 17th day of August, 2012.

       s/ Don Springmeyer                                                s/ Brian P. Keenan
11  Don Springmeyer (NSBN 1021)                      Nancy J. Sennett
    Wolf, Rifkin Shapiro Schulman & Rabkin,          Brian P. Keenan
12  LLP                                              Foley & Lardner LLP
    3556 East Russell Road                           777 East Wisconsin Avenue
13  Second Floor                                     Milwaukee, WI  53202-5306
    Las Vegas, NV  89120                             Phone:  (414) 271-2400
14  Phone:  (702) 341-5200                           Fax:  (414) 297-4900
15  Fax:  (702) 341-5300                             bcothroll@foley.com
    dspringmeyer@wrslawyers.com                      nsennett@foley.com
16                                                   (*admitted pro hac vice*)

17  Jonathan H. Waller (NSBN 5538)
    Wolf, Rifkin, Shapiro, Schulman & Rabkin,        Andrew P. Gordon  (NSBN 3421)
18  LLP                                              Kristen T. Gallagher (NSBN 9561)
    1400 Park Place Tower                            McDonald Carano & Wilson LLP
19  2001 Park Place North                            2300 West Sahara Avenue, Suite 1000
    Birmingham, Alabama 35203                        Las Vegas, NV  89102
20                                                   Phone:  (702) 873-4100
    Peter Mcnulty                                    Fax:  (702) 873-9966
21  Mcnulty Law Firm                                 agordon@mcdonaldcarano.com
    827 Moraga Drive                                 kgallagher@mcdonaldcarano.com
22  Bel Aire, California 90049

23                                                   *Counsel for Defendants*
    *Counsel for Plaintiffs*
24
    ///
25
    ///
26
    ///
27
    ///
28

Page 2 of 4

4822-2127-7200.2

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 31, 2012

Respectfully submitted by:

FOLEY & LARDNER LLP


    s/ Brian P. Keenan
_____

Nancy J. Sennett
Brian P. Keenan
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Phone: (414) 271-2400
Fax: (414) 297-4900
nsennett@foley.com
bkeenan@foley.com

Andrew P. Gordon
Kristen T. Gallagher
McDonald Carano & Wilson LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Phone: (702) 873-4100
Fax: (702) 873-9966
agordon@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Foley & Lardner LLP, and that I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF RULING DISMISSING PLAINTIFFS' STATE SECURITIES CLAIMS BASED UPON STATUTE OF LIMITATIONS AND PLAINTIFFS' MOTION TO CLARIFY AND FOR RECONSIDERATION GRANTING PARTIAL SUMMARY JUDGMENT,** on this 17th day of August, 2012 via the Court's ECF system, which will serve notice of the above, upon the following:

Peter McNulty
McNulty Law Firm
827 Moraga Drive
Bel Aire, CA 90049

Jonathan H. Waller
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Don Springmeyer
Wolf, Rifkin, Shapiro,
Schulman & Rabkin, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120

_s/ Brian P. Keenan_
An employee of Foley & Lardner LLP

4822-2127-7200.2