UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ION BAROI, et al., | ) |
| Plaintiff(s), | ) |
| vs | ) Case # 2:09-CV-671-PMP-GWF |
| PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., AND MARCUS MANAGEMENT LAS VEGAS, LLC., | ) |
| Defendant(s). | ) ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, April 9, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

DATED this 1st day of October, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE