UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ION BAROI, et al., ) | |
| ) | 2:09-CV-00671-PMP-GWF |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PLATINUM CONDOMINIUM ) | |
| DEVELOPMENT, LLC, MARCUS ) | |
| HOTELS, INC., AND MARCUS ) | |
| MANAGEMENT LAS VEGAS, LLC, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is Defendants' fully briefed Motion to Sever Cases for Trial (Doc. #261) filed November 15, 2012. At the hearing conducted January 16, 2013, the Parties clarified that since the filing of Defendants' Motion, several Plaintiffs have reached resolution of their claims against Defendants. As a result, the claims of only ten (10) Plaintiffs remain for trial.

Having considered the arguments of the Parties, the Court concludes that the interest of judicial economy warrant proceeding with a single trial in these cases and that any potential prejudice to Defendants can be addressed by appropriate jury instructions.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Sever Cases for Trial (Doc. #261) is **DENIED**.

DATED: January 17, 2013.

_____
PHILIP M. PRO
United States District Judge