UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ION BAROI, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PLATINUM CONDOMINIUM<br>DEVELOPMENT, LLC, *et al.*,<br><br>        Defendants. | 2:09-CV-00671-PMP-GWF<br><br>**ORDER** |

The Court has received, and appreciates the attached letter dated March 12, 2013, advising that the Parties have reached a settlement in this case, and that settlement documents will be finalized and executed in the near future.  In light of the settlement of the action, it is unnecessary for the Parties to appear at calendar call currently scheduled for April 3, 2013.

**IT IS THEREFORE ORDERED** that the trial of this action previously scheduled for April 9, 2013 is hereby vacated, and the Parties shall not be required to attend calendar call on April 3, 2013.

**IT IS FURTHER ORDERED** that the Parties to this action shall file a Stipulation for Dismissal as a result of their settlement at the earliest convenient date, but not later than April 19, 2013.

DATED: March 13, 2013.

_____
PHILIP M. PRO
United States District Judge