DON SPRINGMEYER (NSBN 1021)
JONATHAN H. WALLER (NSBN 5538)
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jwaller@wrslawyers.com

PETER McNULTY
McNULTY LAW FIRM
827 Moraga Drive
Bel Aire, California 90049
Phone: (818) 223-9292

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ION BAROI, et al., <br><br> Plaintiffs, <br> vs. <br><br> PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., and MARCUS MANAGEMENT LAS VEGAS, LLC, <br><br> Defendants. | Case No.: 2:09-cv-00671-PMP-GWF <br><br> This Document Relates to:  All Actions <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING PLAINTIFFS AND ALL REMAINING CLAIMS** |

All remaining Plaintiffs, Ion Baroi, Investment Resolutions, LLC, S. William Manera as bankruptcy trustee for Stephen and Cathey Goodman, Anthony Greenfield, Adele Greenfield, Sandi James, Susan Mills, Rick Tichman, Mark Schechter, Craig Wasserman, and Paul Wynn (collectively the "Plaintiffs"), and Defendants Platinum Condominium Development, LLC ("Platinum"), Marcus Hotels, Inc. ("Marcus Hotels"), and Marcus Management Las Vegas, LLC ("Marcus Management") (collectively "Defendants"), by and through their respective undersigned counsel, hereby jointly stipulate and agree to dismiss this action in its entirety with prejudice, and without costs or fees to any party and agree that an order to that effect may be

entered without further notice.

RESPECTFULLY SUBMITTED this 12th day of April, 2013.

| WOLF, RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP | FOLEY & LARDNER LLP |
|---|---|
| /s/ Don Springmeyer, Esq.<br>Don Springmeyer (NSBN 1021)<br>Jonathan H. Waller (NSBN 5538)<br>3556 East Russell Road, Second Floor<br>Las Vegas, NV 89120<br>Phone: (702) 341-5200<br>Fax: (702) 341-5300<br>dspringmeyer@wrslawyers.com<br>jwaller@wrslawyers.com<br><br>Peter Mcnulty<br>Mcnulty Law Firm<br>827 Moraga Drive<br>Bel Aire, California 90049<br><br>*Counsel for Plaintiffs* | /s/ Brian P. Keenan, Esq.<br>Nancy J. Sennett<br>David M. Lucey<br>Brian P. Keenan<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>Phone: (414) 271-2400<br>Fax: (414) 297-4900<br>nsennett@foley.com<br>dlucey@foley.com<br>bkeenan@foley.com<br>(*admitted pro hac vice*)<br><br>Andrew P. Gordon (NSBN 3421)<br>Kristen T. Gallagher (NSBN 9561)<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue, Suite 1000<br>Las Vegas, NV 89102<br>Phone: (702) 873-4100<br>Fax: (702) 873-9966<br>agordon@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>*Counsel for Defendants* |

IT IS SO ORDERED:

_____
United States District Judge

DATED: April 12, 2013