DON SPRINGMEYER (NSBN 1021)
JONATHAN H. WALLER (NSBN 5538)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
jwaller@wrslawyers.com

PETER McNULTY
McNULTY LAW FIRM
827 Moraga Drive
Bel Aire, California 90049
Phone: (818) 223-9292

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ION BAROI, et al., | Case No.: 2:09-cv-00671-PMP-GWF |
| Plaintiffs, | This Document Relates to: All Actions |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING PLAINTIFFS AND ALL REMAINING CLAIMS** |
| PLATINUM CONDOMINIUM DEVELOPMENT, LLC, MARCUS HOTELS, INC., and MARCUS MANAGEMENT LAS VEGAS, LLC, | |
| Defendants. | |

All remaining Plaintiffs, Ion Baroi, Investment Resolutions, LLC, S. William Manera as bankruptcy trustee for Stephen and Cathey Goodman, Anthony Greenfield, Adele Greenfield, Sandi James, Susan Mills, Rick Tichman, Mark Schechter, Craig Wasserman, and Paul Wynn (collectively the "Plaintiffs"), and Defendants Platinum Condominium Development, LLC ("Platinum"), Marcus Hotels, Inc. ("Marcus Hotels"), and Marcus Management Las Vegas, LLC ("Marcus Management") (collectively "Defendants"), by and through their respective undersigned counsel, hereby jointly stipulate and agree to dismiss this action in its entirety with prejudice, and without costs or fees to any party and agree that an order to that effect may be

4830-5243-1891.1

1  entered without further notice.

2

3         RESPECTFULLY SUBMITTED this 12th day of April, 2013.

4

5  WOLF, RIFKIN SHAPIRO SCHULMAN &          FOLEY & LARDNER LLP
   RABKIN, LLP
6

7   /s/ Don Springmeyer, Esq.                  /s/ Brian P. Keenan, Esq.
   Don Springmeyer (NSBN 1021)             Nancy J. Sennett
8  Jonathan H. Waller (NSBN 5538)          David M. Lucey
   3556 East Russell Road, Second Floor    Brian P. Keenan
9  Las Vegas, NV  89120                    777 East Wisconsin Avenue
   Phone:  (702) 341-5200                  Milwaukee, WI  53202-5306
10 Fax:  (702) 341-5300                    Phone:  (414) 271-2400
   dspringmeyer@wrslawyers.com             Fax:  (414) 297-4900
11 jwaller@wrslawyers.com                  nsennett@foley.com
                                            dlucey@foley.com
12 Peter Mcnulty                           bkeenan@foley.com
   Mcnulty Law Firm                        (*admitted pro hac vice*)
13 827 Moraga Drive
   Bel Aire, California 90049              Andrew P. Gordon  (NSBN 3421)
14                                         Kristen T. Gallagher (NSBN 9561)
   *Counsel for Plaintiffs*                McDonald Carano Wilson LLP
15                                         2300 West Sahara Avenue, Suite 1000
                                            Las Vegas, NV  89102
16                                         Phone:  (702) 873-4100
                                            Fax:  (702) 873-9966
17                                         agordon@mcdonaldcarano.com
                                            kgallagher@mcdonaldcarano.com
18
                                            *Counsel for Defendants*
19

20

21                                         IT IS SO ORDERED:

22                                         _____

23                                         United States District Judge

24                                         DATED: April 12, 2013

25

26

27

28